UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA LAUSELL,

                              Plaintiff,

        -v-                                    CIVIL ACTION NO.: 19 Civ. 2016 (SLC)

COMMISSIONER OF SOCIAL SECURITY,              **ORDER**

                              Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

        A complaint and the administrative record having been filed in this matter, Defendant is

hereby ordered to send one courtesy copy of the administrative record, marked as such on a

cover page, to Chambers by **September 15, 2020**.  The courtesy copy should bear the ECF header

generated at the time of electronic filing and include protruding tabs for any exhibits.  Bulky

materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate

dividers.

Dated:        New York, New York
              August 20, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**