IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JESSICA LAUSELL,

          Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CIVIL ACTION NO.: 19 Civ. 2016 (SLC)

**ORDER**

**SARAH L. CAVE, United States Magistrate Judge:**

The Court is in receipt of the Commissioner's letter at ECF No. 24.  By **December 18, 2020**, the parties are directed to file a joint letter on the docket stating their position as how the Court should proceed this case in light of the Supreme Court's grant of certiorari in two cases regarding the question of whether Appointments Clause Challenges to Administrative Law Judges of the Social Security Administration are subject to administrative forfeiture.

Dated:    New York, New York
          December 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**