**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JESSICA LAUSELL,

                Plaintiff,                      19 **CIVIL** 2016 (SLC)

      -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 1, 2021, Lausell's motion for judgment on the pleadings is GRANTED and the Commissioner's motion is DENIED. The Commissioner's decision denying benefits is vacated, and this matter is remanded to the agency for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
            March 2, 2021

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                          **BY:**     *K. Mango*

                                                      **Deputy Clerk**